UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JULIE MURR | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO: 22-710   | SECTION: |
| | * | |
| JULIAN MOHAN, et. al. | * | JUDGE: |
| | * | MAGISTRATE: |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, comes Defendant, TESLA, INC. (erroneously named Tesla Florida, Inc.[1]), who, pursuant to 28 U.S.C. §§ 1441 and 1446, provides notice of removal relative to a state court action, case no. 824-960 initiated in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana.  The grounds for removal are:

1.

JULIE MURR, a person of the age of majority and domiciled in Louisiana, commenced the aforementioned state court action by filing a *Claim for Damages* (the "Petition") in the 24th Judicial District Court for the Parish of Jefferson on 2/3/22.

2.

TESLA, INC. first received a copy of the *Claim for Damages* when it was served through its agent on 2/21/22 and, thus, this notice is timely.

3.

On 2/24/22 an amended petition was filed so that JULIAN MOHAN, Tesla Florida, Inc. and ZURICH AMERICAN INSURANCE COMPANY are the only Defendants.[2]

---

[1] There is no Tesla Florida, Inc. entity.
[2] See attached amended petition.

02532274-1

4.

JULIE MURR is a Louisiana citizen.

5.

JULIAN MOHAN, TESLA, INC. (erroneously Named Tesla Florida, Inc.) and ZURICH AMERICAN INSURANCE COMPANY are citizens of states other than Louisiana.

6.

The "matter in controversy" as contemplated by 28 USC 1332(a) exceeds the sum or value of $75,000, exclusive of interest and costs, as shown by the *Claim for Damages* and *First Supplemental and Amending Petition for Damages*, which describes a 3/10/21 car accident that allegedly caused injuries that include four herniated cervical discs, one bulging cervical disc, a shoulder sprain, occipital headaches and damages that include <u>future</u> medical expenses and <u>future</u> wage and earning capacity losses.[3]

7.

This Court has jurisdiction pursuant to 28 U.S.C. § 1332(a) because this is a civil action between citizens of different states and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

8.

In accordance with 28 USC 1446(a), a copy of all process and pleadings served upon TESLA, INC. are attached hereto.

---

[3] This Court has found such claims make it "facially apparent" that the amount in controversy element is satisfied. See *Smith v. Domilise,* No. CV 21-1409, 2021 WL 4707571, at *3 (E.D. La. Oct. 8, 2021).

02532274-1

9.

The undersigned avers that he has been retained to defend all defendants in this action and that all defendants who have been properly joined and served consent to this removal.

10.

A copy of this *Notice of Removal* is being served upon all known counsel of record. A copy of this notice has also been filed with the Clerk of Court for the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana.

WHEREFORE, TESLA, INC. hereby provides notice that this action is duly removed.

Respectfully submitted,

**CERTIFICATE OF SERVICE**

I hereby certify that with this filing, copies of this filing have been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2).

___*s/ Daniel M. Redmann*___

DUPLASS, ZWAIN, BOURGEOIS, PFISTER, WEINSTOCK & BOGART

___*s/ Daniel M. Redmann*___
DANIEL M. REDMANN (#30685)
dredmann@duplass.com
3838 North Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Tel: (504) 832-3700 | Fax: (504) 837-3119

Attorney for TESLA, INC.

02532274-1