

**Service of Process Transmittal**
02/22/2022
CT Log Number 541102437

**TO:** Legal Department
TESLA, INC.
901 PAGE AVE
FREMONT, CA 94538-7341

**RE:** **Process Served in Florida**

**FOR:** Tesla Florida, Inc. (Assumed Name) (Domestic State: DE)
Tesla, Inc. (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: JULIE MURR // To: Tesla, Inc. |
| **DOCUMENT(S) SERVED:** | Letter, Citation, Petition, Attachment(s), Request, Interrogatories and Request |
| **COURT/AGENCY:** | 24th Judicial District Court Parish Jefferson, LA<br>Case # 824960 |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision - 03/10/2021 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 02/22/2022 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED :** | Florida |
| **APPEARANCE OR ANSWER DUE:** | Within 30 calendar days after the return of service hereof |
| **ATTORNEY(S) / SENDER(S):** | Darleen M. Jacobs, Esq. (A Professional Law Corporation)<br>Law Offices of Jacobs, Sarrat, Lovelace, Harris & Matthews<br>823 St. Louis Street<br>New Orleans, LA 70112<br>504-522-0155 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/23/2022, Expected Purge Date: 02/28/2022<br><br>Image SOP<br><br>Email Notification, Legal Department legal@tesla.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

CERTIFIED MAIL

Law Offices
Jacobs, Sarrat, Lovelace, Harris & Ma
An Association for the Practice of Law
823 ST. LOUIS STREET
NEW ORLEANS, LOUISIANA 70112







Tesla Florida, Inc.
Through its agent for service of process
CT Corporation
1200 S. Pine Island Road
Plantation, FL 33324

33324≠4459 C010

*Law Offices*

# *Jacobs, Sarrat, Lovelace, Harris & Matthews*

*An Association for the Practice of Law*

DARLEEN M. JACOBS, J.D., LLM(IN ADMIRALTY)*+**++
AL SARRAT, J.D.
RENÉ LOVELACE, J.D.
HUNTER HARRIS, J.D.
FREEMAN R. MATTHEWS, J.D.
WILLIAM C. CHARBONNET, J.D.

*A PROFESSIONAL CORPORATION
+CERTIFIED AS SPECIALIST IN CIVIL TRIAL ADVOCACY
**ALSO ADMITTED IN NEW YORK
++ALSO ADMITTED IN DISTRICT OF COLUMBIA

LISA A. GRAVES
PARALEGAL

823 ST. LOUIS STREET
NEW ORLEANS, LOUISIANA 70112
(504) 522-0155
FAX (504) 522-3819

CABLE ADDRESS
"DARJAC"

VIOLET OFFICE
5807 E. JUDGE PEREZ DR.
VIOLET, LA 70092
(504) 682-3228



HONORABLE S. SANFORD LEVY
OF COUNSEL
1902-1989
EDGAR J. MONJURE
OF COUNSEL
1912-1971
PETER O. COLA, J.D.
OF COUNSEL
GEORGE ROUX, J.D.
OF COUNSEL
JOHN L. YOUNG
OF COUNSEL

OFFICES:
(504) 522-3287
(504) 522-0155

RES: (504) 524-2955

February 10, 2022

***CERTIFIED MAIL 7020 2450 0001 3007 6447***
***RETURN RECEIPT REQUESTED***

Tesla Florida, Inc.
Through its agent for service of process
CT Corporation
1200 S. Pine Island Road
Plantation, FL 33324

RE: *Julie Murr vs. Julian Mohan, et al*
24th JDC No. 824-960, Div. "H"

Dear Sir/Madam:

Pursuant to Louisiana R.S. 13:3201, et seq. (Louisiana Long Arm Statute), service is hereby made upon you of the enclosed Claim for Damages. You are directed to comply and respond, as per the instructions outlined in the enclosed citation.

Very truly yours,

(Miss) Darleen M. Jacobs

DMJ/mab
Enclosure




(101) CITATION: CLAIM FOR DAMAGES; REQUEST FOR NOTICE/INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

220209-9750-2

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

JULIE MURR
versus
JULIAN MOHAN, TESLA FLORIDA INC AND LIBERTY MUTUAL INSURANCE COMPANY

Case: 824-960 Div: "H"
P 1 JULIE MURR

To: TESLA FLORIDA INC
THROUGH THEIR AGENT FOR SERVICE OF PROCESS:
CT CORPORATION
1200 S PINE ISLAND ROAD
PLANTATION FL 33324

LA Long Arm

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the CLAIM FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within THIRTY (30) CALENDAR days after the return of service hereof, under penalty of default.

This service was requested by attorney DARLEEN M. JACOBS and was issued by the Clerk of Court on the 9th day of February, 2022.

/s/ Karen F Mcevers
Karen F Mcevers, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

## SERVICE INFORMATION

(101) CITATION: CLAIM FOR DAMAGES; REQUEST FOR NOTICE/INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

220209-9750-2

Received:__________ Served:__________ Returned:__________

Service was made:
___ Personal ___ Domicilary __________

Unable to serve:
___ Not at this address
___ Vacant
___ Moved
___ No such address
___ Other __________
___ Numerous attempts _____ times
___ Received too late to serve
___ No longer works at this address
___ Need apartment / building number

Service: $__________ Mileage: $__________ Total: $__________

Completed by:__________ # __________
Deputy Sheriff

Parish of: __________

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053

FILED FOR RECORD 02/03/2022 11:42:14
Angela F. Ingraffia, DY CLERK
JEFFERSON PARISH, LA

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 824960 DIVISION " " H DOCKET NO.

JULIE MURR

VERSUS

JULIAN MOHAN, TESLA FLORIDA, INC. AND LIBERTY MUTUAL INSURANCE COMPANY

FILED:______________________ ______________________
DEPUTY CLERK

CLAIM FOR DAMAGES

TO THE HONORABLE, THE JUDGES OF THE 24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON, STATE OF LOUISIANA:

The petition of JULIE MURR. a full age resident of the City of Destrehan, Parish of St. Charles, State of Louisiana with respect represent:

1.

Defendant, JULIAN MOHAN, is a full age resident of the City of Fort Lauderdale, State of Florida, and, at all pertinent times hereto, was the operator of a 2021 Tesla on the date of the incident complained of; defendant, TESLA FLORIDA, INC., is a foreign corporation organized to do and doing business in this parish and state and, at all pertinent times hereto, was the owner of a 2021 Tesla that was operated by defendant, JULIAN MOHAN on the date of the incident complained of; defendant, LIBERTY MUTUAL INSURANCE COMPANY , is a foreign insurance corporation authorized to do and doing business in this parish and state and, at all pertinent times hereto, was the liability insurance carrier of defendant, TESLA FLORIDA, INC. , as well as of the 2021 Tesla that was owned by them and operated by defendant, JULIAN MOHAN on the date of the incident complained of.

2.

That said defendants are jointly, severally and <u>in solido</u>, justly and truly indebted unto your petitioner, JULIE MURR, for an amount that is reasonable under the circumstances together with legal interest thereon from date of judicial demand until paid, for all costs of these proceedings and for the following to-wit:

3.

On or about March 10, 2021 at approximately 2:02 P.M., petitioner, JULIE MURR was operating her 2018 Toyota 4-Runner in the middle lane on Veterans Blvd. in the City of Metairie, Parish of Jefferson, State of Louisiana. The MURR vehicle stopped due to traffic congestion. Suddenly and without warning, the MURR vehicle was rear-ended by a 2021 Tesla that was operated by defendant, JULIAN MOHAN and owned by defendant, TESLA FLORIDA, INC.

4.

Defendant, JULIAN MOHAN had the permission of defendant, TESLA FLORIDA, INC. to operate their 2021 Tesla on the date of the incident complained of.

5.

At the time of the incident complained of, defendant , JULIAN MOHAN was within the course and scope of his employment with defendant, TESLA FLORIDA, INC.

6.

Petitioner, JULIE MURR , alleges that the sole and proximate cause of this accident was the joint and concurrent negligence of defendants, in the following respect:

JULIAN MOHAN:

a) Failing to have his vehicle under proper control;

b) Failing to see what he should have seen;

c) Driving in a reckless and careless manner;

d.) Following too closely.

TESLA FLORIDA, INC.:

a) Liability under the doctrine of *respondeat superior*.

7.

Because of the aforementioned accident and as a direct and proximate cause thereof, your petitioner, JULIE MURR sustained the following injuries and damages:

Herniation of the C2-3, C3-4, C4-5 and C6-7 discs;

Bulging of the C5-6 disc;

Left shoulder sprain;

Occipital headaches;

Nervousness, nausea and upset.

8.

Your petitioner, JULIE MURR itemizes her damages as follows:

Past, present and future medical expenses;

Pain and suffering;

Emotional stress and strain;

Loss of enjoyment of life;

Property damage;

Loss of use of her vehicle;

Past, present and future lost wages and loss of earning capacity.

9.

Petitioner, JULIE MURR avers amicable demand upon defendants to no avail.

WHEREFORE, petitioner, JULIE MURR, prays that a copy of this petition be served upon each defendant herein; that they be duly cited to appear and answer same and that, after all legal delays and due proceedings be had, there be judgment herein in favor of petitioner, JULIE MURR, and against defendants, JULIAN MOHAN, TESLA FLORIDA, INC. and LIBERTY MUTUAL INSURANCE COMPANY jointly, severally and ***in solido***, for an amount that is reasonable under the circumstances, together with legal interest thereon from date of judicial demand until paid, for all costs of these proceedings and for all general and equitable relief.

DARLEEN M. JACOBS, ESQ., BAR #7208
(A PROFESSIONAL LAW CORPORATION)
823 St. Louis Street
New Orleans, Louisiana 70112
(504) 522-0155 and (504) 522-3287
Attorney for Plaintiff,
JULIE MURR

PLEASE SERVE DEFENDANTS
AS FOLLOWS:

JULIAN MOHAN (UNDER THE LOUISIANA LONG ARM STATUTE)
3499 NW 14TH COURT
FORT LAUDERDALE, FLORIDA 33311-8483

TESLA FLORIDA, INC. (UNDER THE LOUISIANA LONG ARM STATUTE)
Through Their Agent for Service of Process,
CT CORPORATION
1200 S. PINE ISLAND ROAD
PLANTATION, FLORIDA 33324

LIBERTY MUTUAL INSURANCE COMPANY
Through Their Agent for Service of Process,
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE, LOUISIANA 70809

A TRUE COPY OF THE ORIGINAL ON FILE IN THIS OFFICE.
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON, LA

FILED FOR RECORD 02/03/2022 11:42:14
Angela P. Ingraffia, DY CLERK
JEFFERSON PARISH, LA

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 824-960 DIVISION " " H DOCKET NO.

JULIE MURR

VERSUS

JULIAN MOHAN, TESLA FLORIDA, INC. AND LIBERTY MUTUAL INSURANCE COMPANY

FILED:______________________ ______________________
DEPUTY CLERK

## REQUEST FOR NOTICE

NOW INTO COURT, through undersigned counsel, comes plaintiff, JULIE MURR, pursuant to L.S.A. - C.C.P. Article 1572, moves this Honorable Court for written notice, ten (10) days in advance of the date fixed for the trial or hearing on any exception, motion, rule or trial on the merits in the captioned proceedings, and pursuant to L.S.A. - C.C.P. Articles 1913 and 1914, requests immediate notice of all interlocutory and final orders and judgments on any exceptions, motions, rules or the trial on the merits in the captioned proceedings.

______________________
DARLEEN M. JACOBS, ESQ., BAR #7208
(A PROFESSIONAL LAW CORPORATION)
823 St. Louis Street
New Orleans, Louisiana 70112
(504) 522-0155 and (504) 522-3287
Attorney for Plaintiff,
JULIE MURR

A TRUE COPY OF THE ORIGINAL ON FILE IN THIS OFFICE.
______________________
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON LA

PLEASE SERVE DEFENDANTS
AS FOLLOWS:

JULIAN MOHAN (UNDER THE LOUISIANA LONG ARM STATUTE)
3499 NW 14TH COURT
FORT LAUDERDALE, FLORIDA 33311-8483

TESLA FLORIDA, INC. (UNDER THE LOUISIANA LONG ARM STATUTE)
Through Their Agent for Service of Process,
CT CORPORATION
1200 S. PINE ISLAND ROAD
PLANTATION, FLORIDA 33324

LIBERTY MUTUAL INSURANCE COMPANY
Through Their Agent for Service of Process,
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE, LOUISIANA 70809

FILED FOR RECORD 02/03/2022 11:42:15
Angela P. Ingraffia, DY CLERK
JEFFERSON PARISH, LA

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 824-960 DIVISION " " H DOCKET NO.

JULIE MURR

VERSUS

JULIAN MOHAN, TESLA FLORIDA, INC. AND LIBERTY MUTUAL INSURANCE COMPANY

FILED:______________________ ______________________
DEPUTY CLERK

INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

TO: JULIAN MOHAN (UNDER THE LOUISIANA LONG ARM STATUTE)
3499 NW 14TH COURT
FORT LAUDERDALE, FLORIDA 33311-8483

TESLA FLORIDA, INC. (UNDER THE LOUISIANA LONG ARM STATUTE)
Through Their Agent for Service of Process,
CT CORPORATION
1200 S. PINE ISLAND ROAD
PLANTATION, FLORIDA 33324

LIBERTY MUTUAL INSURANCE COMPANY
Through Their Agent for Service of Process,
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE, LOUISIANA 70809

Pursuant to the Louisiana Code of Civil Procedure, Answers to the Interrogatories and Response to the Request for Production of Documents are to be served on the undersigned counsel within the delays allowed by law and to be answered and responded to by you personally or through an authorized officer or agent, in writing, signed and under oath. Plaintiff requests that in accordance with the Louisiana Code of Civil Procedure and decision of the United States Supreme Court in Hickman vs. Taylor, 329 U.S. 495 (1947), the answers and responses include all pertinent information gathered by you or on your behalf through interviews with witnesses and through other investigations, in addition to information available to you, or directly within your knowledge, or the knowledge of your employees, agents, servants, insurers and attorneys. Timely supplementation of your answers and responses is specifically requested.

INTERROGATORY NO. 1:

State the types and policy numbers and limits of each policy of insurance issued, including any and all excess insurance and umbrella coverages, applicable to the vehicle which you operated or was operated by your insured, or by a permissive use, and/or the vehicle's operator and/or its lessee, and/or its owner at the time of the accident, and state the names and addresses of the company issuing each such policy, as well as the present custodian of each such policy and state whether or not you agreed to exclude the defendant driver from said policy.

INTERROGATORY NO. 2:

Please identify by name, address and employer, each person known to you, or whose identity has been provided to you or your attorney, who witnessed or claims to have witnessed any aspect of the accident.

INTERROGATORY NO. 3:

Please state the name of the person, firm or corporation requesting and/or conducting any investigation of the accident, any allegedly related accidents prior or subsequent thereto, and/or the damages claimed as a result thereof, and on whose behalf such an investigation was made, together with the dates of the conduct of any such investigation.

(Note: "investigation" is hereby defined to include, but is not limited to, any surveillance of any plaintiff by any means.)

INTERROGATORY NO. 4:

Have you or has anyone on your behalf taken or obtained any statement of any nature whatsoever, whether written or oral, from any plaintiff, or anyone purporting to be or believed by you to be an agent for or spokesman on behalf of any plaintiff concerning the accident and injuries which are the subject of this lawsuit? If so, please identify by name and address the individual or individuals from whom said statement(s) were taken, the date, time and place where any such statement(s) were taken, whether said statement was written or oral, and if written, a sufficient description of the document to enable it to be subpoenaed, and if oral, the name of each person present.

INTERROGATORY NO. 5:

Please list each document which you may use in the trial of this case.

INTERROGATORY NO. 6:

Please identify each person, by name, address, and telephone number, whom you may or will call as a lay witness in the trial of this matter.

INTERROGATORY NO. 7:

Please identify each person, by name and address, whom you may or will call as an expert witness in the trial of this matter.

INTERROGATORY NO. 8:

Were any appraisals or estimates or repairs made of the vehicle driven and/or owned and/or leased by any defendant(s) regarding this accident? If so, please state the name, address and telephone number of the party who made such appraisal and/or estimate, and/or repairs.

INTERROGATORY NO. 9:

In which other lawsuits, besides the instant matter, has the defendant driver ever been involved, if any? For any such lawsuit, please identify the specific court where brought, the docket number, the names and last known addresses of any other parties and/or counsel involved, the nature of the suit, and the final outcome of said suit, or the current status of the suit if it is still pending.

INTERROGATORY NO. 10:

Please state whether the defendant driver has ever been convicted of any criminal offense. If so, please state the nature of any such offense, the specific court where the conviction was issued, the specific sentence handed down, and the actual sentence served or performed.

INTERROGATORY NO. 11:

Please state whether the defendant driver has ever been issued any citation for any moving traffic violation. If so, please state the nature of any offense for which such citation was issued, the specific jurisdiction issuing same, and the details of any disposition thereof, or the current status if not disposed of at this time.

INTERROGATORY NO. 12:

Were there any photographs and/or drawings of the scene, any of the vehicles, or of any of the plaintiffs involved in this accident, made at the time of the accident or at any time thereafter? If so, please state the name, address, and telephone number of the person who took such photographs and/or made any such drawings, when any such photographs and/or drawings were made, and at whose request, and who currently has possession of the same.

INTERROGATORY NO. 13:

Was the defendant driver, at the time of this accident, within the course and scope of any employment, on any agency relationship, or did he/she have permissive use of the vehicle he/she was operating at the time of this accident? If so, please state the current name, address, and telephone number of any said employer-principal.

INTERROGATORY NO. 14:

Was the defendant driver issued a citation arising from this accident? If so, please describe the violation(s) and state the disposition thereof.

INTERROGATORY NO. 15:

Please state, defendant driver, in your own words, your version of how the accident occurred including what you did, if anything, to avoid the accident.

INTERROGATORY NO. 16:

Please state, defendant driver, in as much detail as possible, the weather, lighting and road conditions at the time and place of the accident, which is the subject of this litigation.

INTERROGATORY NO. 17:

Defendant driver, at the time of this accident, were you required to wear glasses or contact lenses while driving? If yes, were you wearing glasses or contact lenses at the time of the accident, which is the subject of this litigation?

INTERROGATORY NO. 18:

Defendant driver, had you consumed any alcoholic beverages, drugs, or medication in the 12 hours preceding the accident, which is the subject of this litigation? If yes, for each consumption, please state the time and place of consumption, what was consumed, and how much was consumed.

INTERROGATORY NO. 19:

Please state with specificity and complete detail any facts on which you base any allegation that any plaintiff was comparatively negligent or was in any way or degree at fault with respect to the accident made the subject of this accident, and completely identify any witnesses upon whom you will call to testify to such facts, completely identify any documents, pictures, charts, and/or diagrams upon which you will rely in support of any such facts, and further, completely identify any experts upon whom you will call, in support of any such facts.

INTERROGATORY NO. 20:

Please list any and all accidents that you are aware of that any plaintiff has been involved in from 1987 through 2022, including the date of accident, type of accident, injuries sustained, and medical providers seen.

INTERROGATORY NO. 21:

Please list any and all claims that you are aware of that any plaintiff has made against any insurance company from 1987 through 2022, including the date of claim, type of claim, and name of the insurance company the claim was made against.

INTERROGATORY NO. 22:

Please list any and all lawsuits that you are aware of that any plaintiff has filed from 1987 through 2022, including the date of suit, court where the suit was filed, and case number.

REQUEST FOR PRODUCTION NO. 1:

Certified copies of any and all policies of insurance, endorsements and dec sheets referred to in your Answer to Interrogatory No. 1.

REQUEST FOR PRODUCTION NO. 2:

Any and all photographs and drawings of the scene, vehicles, and plaintiffs involved in this accident.

REQUEST FOR PRODUCTION NO. 3:

Any and all video-tape, motion picture film, or other product of any surveillance of any plaintiff(s) performed by your or at your request, or on your behalf.

REQUEST FOR PRODUCTION NO. 4:

Any and all appraisals of any damages to any vehicle involved in this accident.

REQUEST FOR PRODUCTION NO. 5:

Any and all repair bills with respect to any vehicle involved in this accident.

REQUEST FOR PRODUCTION NO. 6:

Any written or recorded statements taken from any plaintiff(s) in this litigation.

REQUEST FOR PRODUCTION NO. 7:

Any notes of any oral statements taken from any plaintiff(s) in this litigation.

REQUEST FOR PRODUCTION NO. 8:

Any and all documents referred to in your Answer to Interrogatory No. 5.

REQUEST FOR PRODUCTION NO. 9:

The resume of any expert referred to in your Answer to Interrogatory No. 7.

REQUEST FOR PRODUCTION NO. 10:

Any written or other report or communication from any expert witness referred to in your Answer to Interrogatory No. 7.

REQUEST FOR PRODUCTION NO. 11:

Any contract of lease which provides the basis of any permissive use referred to in your Answer to Interrogatory No. 13.

REQUEST FOR PRODUCTION NO. 12:

Any and all documents or physical evidence providing the basis for your Answer to Interrogatory No. 19.

REQUEST FOR PRODUCTION NO. 13:

Any and all documents in your possession concerning any accidents listed in Answers to Interrogatory No. 20.

REQUEST FOR PRODUCTION NO. 14:

Any and all documents in your possession concerning any claims listed in Answer to Interrogatory No. 21.

REQUEST FOR PRODUCTION NO. 15:

Any and all documents in your possession concerning any lawsuits listed in Answer to Interrogatory No. 22.

REQUEST FOR PRODUCTION NO. 16:

Any document and/or endorsement signed by your insured agreeing to the defendant driver being an excluded driver on the policy.

DARLEEN M. JACOBS, ESQ., BAR #7208
(A PROFESSIONAL LAW CORPORATION)
823 St. Louis Street
New Orleans, Louisiana 70112
(504) 522-0155 and (504) 522-3287
Attorney for Plaintiff,
JULIE MURR

A TRUE COPY OF THE ORIGINAL ON FILE IN THIS OFFICE.
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON, LA

PLEASE SERVE DEFENDANTS
AS FOLLOWS:

JULIAN MOHAN (UNDER THE LOUISIANA LONG ARM STATUTE)
3499 NW 14TH COURT
FORT LAUDERDALE, FLORIDA 33311-8483

TESLA FLORIDA, INC. (UNDER THE LOUISIANA LONG ARM STATUTE)
Through Their Agent for Service of Process,
CT CORPORATION
1200 S. PINE ISLAND ROAD
PLANTATION, FLORIDA 33324

LIBERTY MUTUAL INSURANCE COMPANY
Through Their Agent for Service of Process,
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE, LOUISIANA 70809